BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: NEC NETWORKS, LLC d/b/a CAPTURE RX CUSTOMER DATA SECURITY BREACH LITIGATION | MDL NO. 3018 |

**PLAINTIFFS DAISY TRUJILLO, MARK VEREEN, AND MICHELLE RODGERS' NOTICE OF SUPPLEMENTAL INFORMATION**

In accordance with Rules 3.2(d) and 6.1(f) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiffs Daisy Trujillo, Mark Vereen, and Michelle Rodgers hereby notify the Clerk of the Panel that a settlement has been reached in *In re CaptureRx Data Breach Litig.*, Master File No. 5:21-cv-00523-OLG (W.D. Tex.).

The Notice of Settlement is attached hereto as **Exhibit A**.

Dated: December 2, 2021                Respectfully submitted,

/s/ *Gary M. Klinger*
Gary M. Klinger
**MASON LIETZ & KLINGER LLP**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (202) 429-2290
Fax: (202) 429-2294
gklinger@masonllp.com

David K. Lietz
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, DC 20016
Phone: (202) 429-2290
Fax: (202) 429-2294
dlietz@masonllp.com

Joe Kendall (TX SBN 11260700)
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek Boulevard, Suite 1450
Dallas, Texas 75219
Phone: (214) 744-3000

Fax: (214) 744-3015
jkendall@kendalllawgroup.com

M. Anderson Berry (CA SBN 262879)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Phone: (916) 777-7777
Fax: (916) 924-1829
aberry@justice4you.com

Rachele R. Byrd (CA SBN 190634)
Marisa C. Livesay (CA SBN 223247)
Brittany N. Dejong (CA SBN 258766)
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Phone: (619) 239-4599
Fax: (619) 234-4599
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

Bryan L. Bleichner
**CHESTNUT CAMBRONNE, PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com

Terence R. Coates
**MARKOVITS, STOCK &**
**DEMARCO, LLC**
3825 Edwards Road, Suite 650
Cincinnati, OH 45209
Phone: (513) 665-0204
Fax: (513) 665-0219
tcoates@msdlegal.com

Jarrett Lee Ellzey
**ELLZEY & ASSOCIATES, PLLC**
1105 Milford Street
Houston, TX 77006
Phone: (888) 350-3931
Fax: (888) 995-3335
jarrett@ellzeylaw.com

*Counsel for Plaintiffs Daisy Trujillo, Mark Vereen and Michelle Rogers*